

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Donald Davis,

Vs. No. 11-13-00363-CV

Texas Department of Criminal
Justice et al.,

* From the 259th District Court
  of Jones County,
  Trial Court No. 022544.

* October 29, 2015

* Memorandum Opinion by Wright, C.J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.